# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3284

_____

United States of America,     *
               *
     Appellee,     *
               *
  v.           * Appeal from the United States
               * District Court for the
Donald L. Snyder,     * Eastern District of Arkansas.
               *
     Appellant.    * [UNPUBLISHED]

_____

Submitted: October 23, 2007
Filed: October 26, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Donald Snyder appeals the sentence imposed by the district court[1] after he pleaded guilty to distributing child pornography in violation of 18 U.S.C. § 2252(a)(1). At sentencing, the court discussed the 18 U.S.C. § 3553(a) factors, particularly emphasizing the need for general deterrence, and sentenced Snyder to 78 months in prison (the bottom of the applicable advisory Guidelines range), followed by 3 years of supervised release. Snyder's counsel has moved to withdraw and, in a

_____

[1]The Honorable George Howard, Jr., late a United States District Judge for the Eastern District of Arkansas.

brief filed under <u>Anders v. California</u>, 386 U.S. 738 (1967), questions the reasonableness of Snyder's sentence.

We view a sentence within the correctly calculated Guidelines range as presumptively reasonable. <u>See</u> <u>Rita v. United States</u>, 127 S. Ct. 2456, 2462 (2007) (approving presumption of reasonableness for sentences within advisory Guidelines range). We see no basis in the record for concluding that Snyder's sentence is unreasonable. <u>See</u> <u>United States v. Haack</u>, 403 F.3d 997, 1003-04 (8th Cir. 2005) (abuse of discretion occurs if district court failed to consider relevant factor that should have received significant weight, gave significant weight to improper or irrelevant factor, or weighed appropriate factors in clearly erroneous way).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel leave to withdraw.

_____